IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30243-KPN

Karl W. Schenker,
Plaintiff,

Vs.

Paula Merra, et. al.,
Defendants.

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HIS COMPLAINT

01.   I, Karl W. Schenker, am Affiant herein do affirm following to be true and correct.

02.   I, am presently in lawful care and custody of Massachusetts Department of Correction at Massachusetts] Correctional Institution at Shirley, Medium, in Shirley, Massachusetts.

03.   Prior to my current state of law imprisonment. I lived in residence with Mark Garapollo, at 2nd Floor, 450 Belmont Ave., Springfield, MA 01109.

04.   On, 28, May, 2004, I left residence of Mark Garapollo, due to my alcholism under false averrment to my family and friends that I Had terminal medical condition.

05.   I am aware that defendant Carney is a gay police officer in City of Springfield, Mass...

06.   In the past ten years that I have known who Michael Carney was. I have spoken only to him in this amount of time for no more than one hour total.

07.   Defendant Carney, avers that he knows of me exstensively which is only result of my two convictions for burning two gay night clubs in same city defendant Carney is a Police Officer.

01.

AFFI. IN SUPP. OF CIV. COMPL.

08. Defendant Carney, bases his remark, (Exhibit-001) soley on affiant's past criminal record, (EXHIBIT-003).

09. Defendant Carney, when he made false defamatory remark about affiant to Mark Garapollo, at Pub Lounge of 382 Dwight Street, Springfield, MA 01103 (413) 734-8123. It was communicated in an open bar room to more than just one person.

10. I, admit I am an alcholic. I further admit that I have stolen, mislead and deceived many people. At no time though have I ever acted in any matter to hurt, physically injure another human being or make attempt of homicide as defendant Carney otherwise alleges affiant to do.

11. Affiant asserts as result of defendant Carney's remark he is now viewed with considerable scorn, contempt and hatred by the gay community. Who in turn now will perceive affiant as a threat that would not hesitate to cause physical injury upon them.

Made and signed under the pains and penalties of perjury, this, 1 ,DEcember, 2004.

Respectfully submitted by the Affiant,

Karl W. Schenker, Pro-Se
#W-83912
MCI-Shirley, Medium
Harvard Rd.
P.O. Box 1218
Shirley
Massachusetts
01464

02.