FILED
IN CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MASSACHUSETTS   2004 DEC -8 P 2: 31

Civil Action Number: 0430243-KPN

```
***************************
*                         *
* Karl W. Schenker,       *   PLAINTIFF'S REQUESTS THIS
* Plaintiff,              *   COURT APPOINT LEGAL
*         Vs.             *   REPRESENTATION.
* Paula Merra, et. al.,   *
* Defendants.             *
***************************
```

   Now comes Karl W. Schenker, pursuant, **Title 18 U.S.C. Section 3006A**, kindly requests this Honorable Court Appoint him legal representation in this Civil Actioned matter, based on grounds:

   1. He is indigient, therefore under, <u>U.S. Vs. Hayes</u>, S. D. Tex. 1965, 293 F. Supp. 625, affirmed 416 F. 2d 23. Where accused does not have an attorney because he cannot afford to employ one, but still desires services of one. Federal Trial Judge, has inherent authority to meet a situation of this kind in manner that is fair and reasonable to accussed.

   2. He is falsley accused, in imputation of libeled, slandered written averrment of crime by defense.

   3. As result of complexity of this Civil matter, in claims of libel and slander. Professional counsel, would more readily resolve and defend this Civil matter.

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MASSACHUSETTS

Civil Action Number:_____

Karl W. Schenker,
       Plaintiff,

Vs.
Paula Merra, et. al.,
       Defendants.

CERTIFICATE OF SERVICE

   I, Karl W. Schenker, hereby certify on oath, below cited legal document in this Civil matter are true and correct to best of my knowledge and belief, and have been served by regular First Class U.S. Mail, on Clerk of Court for U.S. District Court for Westrn District of Mass, at 1550 Main St. in Spfld., MA 01103, this, _1_ , December, 2004.

1. Cover Letter to Clerk of Court
2. In Forma Paupers.
3. Civil Action Complaint, With Demand for Trial by Court
4. Plaintiff's Affidavit in Support of his Civil Complaint
5. Plaintiff's Civil Brief in Support of his Civil Complaint.
6. Civil Action Cover Sheet, with Civil Category sheet
7. Plaintiff kindly requests this Court Appoint Legal Counsel
8. Certificate of Service.

Respectfully submitted by
the Plaintiff,

Karl W. Schenker, Pro-Se
#W-83912
MCI-Shirley, Medium
Harvrad Road
P.O. Box 1218
Shirley, MA 01464