Karl W. Schenker, Pro-Se, W-83912
Massachusetts Correctional Institution at Shirley, Medium
Harvard Road, P.O. Box 1218
Shirley, Massachusetts 01464

15, December, 2004.

MR. Kenneth P. Neiman,
Honorable Judge,
Western Section,
United States District Court for
Massachusetts
Federal Building and Court House
1550 Main Street
Springfield, MA 01103

RE: <u>Schenker Vs. Merra, et. al.</u>, Civil No. <u>04-30243-KNP</u>.

Dear Hon. Judge Nieman,

    Respectfully sir, your assistance is kindly requested. Concerning limited inmate law library access here at Massachusetts Correctional INstitution at Shirley, Medium.

    Presently, per-directive of Director of Treatment, Mr. Gregg McCann, here at MCI-Shirley, Medium. Will only allow me limited access to inmate law library. He will only allow additional law library access with ORDER from this Court.

    Please find attached hereto, my Affidavit in Support, and an ORDER, I am kindly requesting you sign and avail to Mr. McCann, here at MCI-Shirley, Medium, allowing me additional inmate law library access during the pendency of this Civil Actioned matter.

    If you have any questions for me, please do not hesitate to contact me, at my above-address.

    Thank you for your time and attention in this very important matter.

                                   Yours very respectfully,

                                   */s/ Karl W. Schenker*

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No. 04-30243-KNP

```
***********************
* Karl W. Schenker,    *
* Plaintiff,           *
*        V.            *
* Paula Merra, et. al.,*
* Defendants.          *
***********************
```

ORDER, ALLOWING PLAINTIFF
KARL W. SCHENKER, ADDITIONAL
INMATE LAW LIBRARY ACCESS AT
M.C.I. AT SHIRLEY, MEDIUM.

It is hereby, ORDERED BY HONORABLE JUDGE, KENNETH P. NEIMAN, of Western Section, United States District Court, for Massachusetts. That Director of Treatment, Mr. Gregg McCann, here at Massachusetts Correctional Institution, at Shirley, Medium, of Harvard Road, P.O. Box 1218, in Shirley, Massachusetts 01464; allow prisoner named, Karl W. Schenker, W-83912, additional law library access, under following schedule, of, Monday through Saturday, 9:00am - 11:00am/ 1:00pm - 3:30pm/ 7:15pm - 8:45pm, for as long as this Civil Actioned matter is in effective operation.

Date:_____

Hon.Judge. Mr. Kenneth P.
Neiman,
West.Sect.,U.S.Dist.Ct.Mass.

Date:_____

Court Room Clerk, MS.
Elizabeth A. French,
West.Sect.,U.S. Dist.Ct.Mass.

Respectfully submitted by
the Plaintiff,

Date; 15, December, 2004.

Karl W. Schenker, Pro-Se
W-83912
MCI-Shirley, Medium
Harvard Road
P.O. Box 1218
Shirley, MA 01464

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

```
***************************          Civil Action No. 04-30243-KNP.
* Karl W. Schenker,       *
* Plaintiff,              *           PLAINTIFF'S AFFIDAVIT IN
*         V.              *           SUPPORT.
* Paula Merra, et.al.,    *
* Defendants.             *
***************************
```

    1. I, Karl W. Schenker, am Affiant, do affirm following to be true and correct.

    2. Presently I am in lawful care and custody of M.C.I. at Shirley, Med., of Harvard Road, P.O. Box 1218, in Shirley, MA 01464.

    3. Mr. Gregg McCann, is Director of Treatment here at M.C.I. at Shirley, Medium. Who is in charge of operation of inmate general and law library at MCI-Shirley, Medium.

    4. Mr. Gregg McCann, will only allow inmate(s) at MCI Shirley, Medium, additional inmate law library access too those who have current civil actions and or criminal proceedings, that are in effective operation.

    5. At the present time I have access to inmate law library on Monday through Friday, from, 9:00am -11:00am.

    6. I am kindly requesting this Honorable Court approve this request so that I may properly review and write/ type motions, oppositions and briefs, relevant to this Civil matter, while it is in effect.

    Made and signed under pains of perjury, this,15, December,2004.

                                                  Respectfully submitted by
                                                  the Affiant,

                                                  Karl W. Schenker, Pro-Se
                                                  W-83912
                                                  MCI-Shirley, Medium
                                                  Harvard Road, P.O. Box 1218
                                                  Shirley, MA 01464