IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No. 04-30243-KNP

Karl W. Schenker,
Plaintiff,

v.

Paula Merra, et. al.,
Michael Carney,
Defendants.

AFFIDAVIT IN SUPPORT OF,
KARL W. SCHENKER.

01.   I, Karl W. Schenker, am Affiant, do affirm following to be true and correct.

02.   Presently I am in lawful care and custody of Mass. Corr. Inst. at Shirley, Med., at, Harvard Road, P.O. Box 1218, Shirley, Mass. 01464.

03.   On, 1, December, 2004, by regular First Class U.S. Mail, I filed this above-civil matter with this Court.

04.   On, 10, December, 2004, Mail room, Correctional Staff here at Mass. Corr. Inst. at Shirley, Medium, did give me legal documents sent by this Honorable

01.

Aff. in Supp.                                                  Page No. 2
Schenker v. Merra, et. al.
Civil No. 04-30243-KNP.


Court, to include:

    1. Consent to proceed before a U.S. Magistrate Judge.
    2. (2) - Summons.
    3. (2) - Process Receipt and Return.

05.   On, 13, December, 2004, I returned by regular First class U.S. Mail, hereto this Honorable Court:

    1. Summons, copy of Civil Complaint, Process Receipt and Return for the Defendant, Paula Merra.
    2. Summons, copy of Civil Complaint, Process Receipt and Return for the Defendant, Michael Carney.
    3. Cover letter to Clerk of Court.
    4. Affidavit in support of: Karl W. Schenker.

Made and signed under pains of perjury, this, —. December, 2004.

                                  Respectfully submitted by the Affiant,

                                  _____
                                  Karl W. Schenker, Pro-se
                                  #W-83912
                                  MCI-Shirley, Medium
                                  Harvard Road, P.O. Box 1218
                                  Shirley, MA 01464