IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No. 04-30243-KNP.

Karl W. Schenker,
Plaintiff,
V.
Paula Merra, et. al.,
Michael Carney,
Defendants.

PLAINTIFF'S PETITION, REQUESTS
THIS COURT COMPEL, PRISON
STAFF AT MCI-SHIRLEY, MED.,
WITH PHOTOCOPIES.

Now comes Karl W. Schenker, in above-captioned civil matter, kindly petitions this Honorable Court Compel Prison Administrative Staff at Massachusetts Correctional Institution, "MCI", Shirley, Medium, provide him with photocopies, related and necessary to this above-civil actioned matter, based on the following grounds.

01. On, Sunday, 9, January, 2005, he requested photocopies from prison staff to be made of his proposal for discovery conference, and opposition brief.

02. On, same day, Correctional Staff, told him that he was not entitled to photocopies of 73, original pages (x) 4 copies of each page, for a total of 293, pages.

03. Plaintiff is in disciplinary unit, and is allowed to visit inmate law library once each ten days for a total of 30 minutes, or less depending on prison staffing, prison security in orderly operation.

04. At best plaintiff can obtain, 73, original pages (x) one copy of each page, per each visit to inmate law library, every ten to fifteen days.

01.

05. Now if plaintiff was in, inmate general population he was and would be allowed to obtain any number of Photocopies relevant to legitimate legal needs.

06. Wherefore it is kindly requested. Will you please compel Superintendent Michael Thompson, at MCI-Shirley, Medium of Harvard Road, P.O. Box 1218, Shirley, MA 01464, Provide Plaintiff Karl W. Schenker, #w-83912, with relevant photocopies to this above-captioned civil matter.

Wherefore, he kindly prays that this Honorable Court accept this petition under pains and penalties of perjury, this, 13, day, January, 2005.

Respectfully submitted by the Plaintiff,

*Karl W. Schenker*

Karl W. Schenker, Pro-Se
#w-83912
MCI-Shirley, Medium
Harvard Road
P.O. Box 1218
Shirley, MA 01464

CERTIFICATE OF SERVICE

I, Karl W. Schenker, hereby certify on oath, this petition to be true and correct to best of my knowledge and belief and has been filed with this Honorable Court by regular First Class U.S. Mail, under pains and penalties of perjury this, 13, January, 2005.

*Karl W. Schenker*

Karl W. Schenker, Pro-Se