IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No. 04-30243-KNP.

Karl W. Schenker,
Plaintiff,
    v.
Paula Merra, et. al.,
Michael Carney,
Defendants.

AFFIDAVIT IN SUPPORT.

01. I, Karl W. Schenker, am Affiant herein do affirm to be true and correct.

02. Presently I am in lawful care and custody of Massachusetts Correctional Institution, "MCI", at Shirley, Medium, Harvard Road, P.O. BOX 1218, Shirley, MA 01464.

03. Michael Thompson, is Superintendent at MCI-Shirley, Medium.

04. Gregg McCann, is Director of Treatment at MCI-Shirley, Medium who is in charge of inmate law library.

05. Presently, I am confined in disciplinary unit at MCI-Shirley, Medium, for an unspecified amount of time.

06. On, Sunday, 9, January, 2005, at or about, 6:00pm, I, spoke with Sgt. Parent, and requested to be availed photocopies in amount of 292 pages.

07. On, same day, Sgt. Parent asserted to me that administrative staff would not allow this many photocopies at any time.

08. On, same day, Sgt. Parent, further asserted, administrative staff does not adequately supply him with paper for photocopies.

01.

09. As result of being confined in disciplinary unit, I am allowed to use inmate law library depending on availability. There are 60 inmates in disciplinary unit. On average 30 to 40 inmates in same unit need and use law library once each ten to fifteen days for total of 30 minutes.

10. Since, one inmate is allowed to use inmate law library in disciplinary unit at a time. It is necessary, and relevant to accomplish photocopy needs regardless what quantity is needed.

11. This affidavit is made in support of my petition, requesting this Court compel prison staff at MCI-Shirley, Medium with photocopies during pendency of this Civil Actioned matter.

Made and signed under pains and penalties of perjury, this, 12, day, January, 2005.

Respectfully submitted by the Affiant,

Karl W. Schenker, Pro-se
#W-83912
MCI at Shirley, Medium
Harvard Road
P.O. BOX 1218
Shirley, MA 01464

02.