IN THE UNITED STATES DISTRICT
COURT FOR Western SECTION OF
MASSACHUSETTS.

Civil Action No. 3:04-CV-30293-KPN

Karl W. Schenker,
Plaintiff,

v.

Paula Merra, et. al,
Defendants.

PLAINTIFF'S PETITION KINDLY
REQUESTS THIS HONORABLE COURT
COMPEL MCI SHIRLEY, MEDIUM
PRISON STAFF PROVIDE PLAINTIFF
WITH PHOTOCOPIES

Now comes Karl W. Schenker, in above-entitled civil matter, kindly requests this Honorable Court, compel Superintendent Michael Thompson, Director of Treatment Gregg Werner, Sgt. Ken Parent, at Massachusetts Correctional Institution at Shirley, medium, of Harvard Road, P.O. Box 1218, Shirley, MA 01464, provide plaintiff access to inmate law library, photocopies relevant to this civil matter, and an ink pen when necessary, based on the following grounds.

1. On, 15, February, 2005, he submitted an inmate law library request form to use the inmate law library.

2. On, this same form, he made request that he be supplied with 90 pieces of blank paper, for photocopies, related to this civil matter.

2. On, this same to-day, he request that he be supplied with 90 pieces of blank paper for photocopies, related to this civil matter.

3. On, same day, Sgt. Parent, here at MCI-Shirley, Medium, told him his request to use the law library was denied. Due to he requested to many photocopies.

4. Sgt. Parent, went on to assert per-directive, of Dir. of Trtmt. Mr. Gregy McCann. Plaintiff was denied to use the inmate law library until further notice.

5. He apologizes for this petition being on toilet paper, he has no other access to paper and therefore do to prison staff refusing to provide him paper, pen, access to the inmate law library. Thus he is only left with use of toilet paper.

6. He kindly requests this Honorable Court compel, Administrative Prison staff at MCI-Shirley, Medium, allow Plaintiff access to inmate law library, photocopies during the pendency of this civil Actioned matter.

Wherefore, he kindly pray this Court accept this petition under pains and penalties of perjury, this, 15, day February, 2005.

Respectfully submitted by the Plaintiff,

_____
Karl W. Schenker, Pro-Se
#W-83912
MCI-Shirley, Medium
P.O. BOX 1218