IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No. 3:04-CV-30243-KPN

| | |
|---|---|
| Karl W. Schenker, Plaintiff, v. Paula Merra, et. al. Defendants. | PLAINTIFF'S PETITION REQUESTS THIS COURT COMPEL, MCI-SHIRLEY, MEDIUM PRISON STAFF, PROVIDE HIM WITH PHOTOCOPIES. |

Now comes Karl W. Schenker, in above-captioned civil matter, kindly requests this Honorable Court compel correctional staff at Massachusetts Correctional Institution at Shirley, medium, of Harvard Road, P.O. Box 1218, Shirley, MA 01464, provide him with photocopies, sufficient in quantity related to this civil actioned matter when requested by plaintiff based on the following grounds.

1. On, 28, day, January, 2005, he filed Department of correction, "DOC" inmate law library request form. SEE: "copy" of blank form attached hereto.

2. On, same day, he requested, to be provided with, 28, pieces of paper for photocopies.

3. On, 31, day, January, 2005, he was allowed to use the inmate law library, and prison staff person Sgt. Parent, did make verbal objection to plaintiff on this many photocopies, citing he is using too much paper.

4. On, 3, day, February, 2005, he used the law library again and did request to be provided with, 210, pieces of paper for photocopies. To which prison staff person Sgt. Scitiou, told plaintiff he was not entitled to this amount of paper, and in its place was only given, 60, pieces of paper, for photocopies related to this civil actioned matter.

01.

&

Plntf. Pet. Req. Ct. Cmpl. DOC staff
prvd. Plntif. photocopies.

5.   Plaintiff, avers that he makes requests for large numbers of legal photocopies to DOC prison staff, for petitions of Requesting Discovery by this Court, interrogatories, production of documents, depositions of written questions, requests for calling and interrogation of witness by the court; be finished, photocopied and ready to file and serve upon this Honorable Court and Counsel for defense, once discovery conference of Scheduling and Planning is affirmed by this Honorable Court.

6.   Without intervention by this Honorable Court, he will be only allowed to recieve at best, 30, to 35, pages photocopied, once each week from prison staff.

7.   Prison Staff, often asserts to him that if he needs over 100 pieces of paper for photocopies. That, he should consider purchasing it, since he might not just get it.

8.   He lacks sufficient monetary funds, to purchase paper from inmate commissary.

7.   He kindly requests this Honorable Court compel. Superintendent Michael Thompson, at M.C.I.-Shirley, medium, avail him with sufficient paper for photocopies related to this civil matter when needed.

02.

Plntf. Pet. Req. Ct. Cmpl. DOC staff
Prvd. Plntf. photocopies

Wherefore, he kindly prays that this Honorable Court accept this petition under pains and penalties of perjury, this, 15 day, February, 2005.

Respectfully submitted by the Plaintiff,

_____
Karl W. Schenker, Pro-Se,
#W-83912
M.C.I.-Shirley, Medium
Harvard Road
P.O. Box 1218
Shirley, MA 01464

CERTIFICATE OF SERVICE

I, Karl W. Schenker, hereby certify on oath, this petition to be true and correct to best of my knowledge and belief, and has been served on this Honorable Court by regular First class Postage, under pains and penalties of perjury, this, 15, day, February, 2005.

_____
Karl W. Schenker, Pro-Se

03.

**Attachment E**

## Commonwealth of Massachusetts
## Department of Correction
## Law Library Services/Materials Request

| Inmate Name | Facility Number | Date | Time |
|---|---|---|---|
|  |  |  |  |

I AM IN NEED OF THE FOLLOWING LAW LIBRARY SERVICES:

___ REQUEST TO GO TO THE LAW LIBRARY/SATELLITE AREA (IF APPLICABLE AT THE FACILITY)

___ ASSISTANCE – LAW CLERK/LIBRARIAN – SPECIFY BELOW

___ NOTARY SERVICES

___ LEGAL SUPPLIES – PENCILS, PAPER, ENVELOPES (FOR CORRESPONDENCE WITH COURTS ONLY)

___ LEGAL MATERIAL – SPECIFY BELOW

PLEASE NOTE WHAT YOU ARE LOOKING FOR AS SPECIFICALLY AS POSSIBLE (CONTINUE ON OTHER SIDE IF NECESSARY):

**COPIES WILL BE PROVIDED TO YOU WITHIN THREE BUSINESS DAYS.**

STAFF USE ONLY

DATE RECEIVED:_____ REQUEST: APPROVED   DENIED

DATE REQUEST COMPLETED:_____

COMMENTS:_____

STAFF NAME
(Forward to inmate's case file upon completion)

January 2003

20

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No. 3:04-CV-30243-KPN.

Karl W. Schenker,
Plaintiff,
           V.
Paula Merra, et. al.,
Defendants.

PLAINTIFF'S AFFIDAVIT IN SUPPORT.

1. I, Karl W. Schenker, am Affiant herein affirm to be true and correct.

2. Presently, I am in lawful care and custody of Massachusetts Correctional Institution at Shirley, medium, Harvard Road, P.O. BOX 1218, Shirley, MA 01464.

3. On, 31, day, January, 2005, I filled out inmate law library request to be provided with, 28, pieces of paper for photocopies, from prison staff.

4. On, 31, day, January, 2005, I was allowed to use inmate law library and prison staff person Sgt. Parent, did make verbal objection to my request to be provided with, 28, pieces of paper for photocopies, citing that I was using to much paper, and that I should consider purchasing it if I wanted future photocopies.

5. On, 3, day, February, 2005, I used the inmate law library again and did request to be provided with, 210, pieces of paper for photocopies

6. On, same day, prison staff person, Sgt. Scitiou, told me I was not entitled to this amount of paper, and in place I was only given, 60 pieces of paper. I was told if I did not like this, then get an order from the court.

7. The affiant asserts, that I have made requests at times to be availed with, 100, 150, 220, pieces of paper for photocopies. So that I may have petitions to this Honorable court, and counsel for defense. Once discovery conference of scheduling and planning has been affirmed by this Honorable court

01.

Plntf. Aff. in support.

8. At the present time I am waiting for counsel for defendants merra, and carney, in this civil actioned matter to make response to my civil complaint. So that I may then respectfully file my petition for discovery conference of scheduling and planning.

9. Without assistance of this Honorable Court, prison staff will continue to hinder regardless the reason, to prohibit me from obtaining photocopies sufficient in quanity, when the amount of paper requested exceeds 35, pieces or more.

10. Prison staff suggests that I should consider purchasing paper for photocopies related to this civil actioned matter.

11. This affidavit is made in support of my petition requesting this Honorable Court compel, MCI-Shirley, Medium, Prison Staff provide me with photocopies, regardless the quanity requested, related to this civil actioned matter.

Made and signed under pains and penalties of perjury, this, 15, day, February, 2005.

Respectfully submitted by the Affiant,

Karl W. Schenker, Pro-Se
#W-83912
MCI-Shirley, medium
Harvard Road
P.O. Box 1218
Shirley, MA 01464

02.