IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No. 3:04-cv-30243-KPN

Karl W. Schenker,
Plaintiff,
v.
Paula Merra, et. al.,
Defendants.

PLAINTIFF REQUESTS THIS COURT CALL AND INTERROGATE MR. GREG McCANN

Now comes Karl W. Schenker, in above-captioned civil matter pursuant, Fed. R. Evid. Rule 614(a)(b), kindly petititions this Honorable Court call and Interrogate, Mr. Gregg McCann, Director of Treatment at Massachusetts Correctional Institution at Shirley, Medium, Harvard Road, P.O. Box 1218, Shirley, MA 01464, for specific instances of conduct pursuant, Fed. R. Evid. Rule 405(a)(b), as to why Mr. McCann, refuses to allow plaintiff photocopies relevant to this Civil Action, along with access and use of inmate law library, based on following grounds.

1. On, 16, February, 2005, he requested to use the inmate law library, through use of institutional law library request form.

2. He was denied this form on grounds that he goes to inmate law library and wastes blank paper on making photocopies from law books.

01.

Plntf. Pet. Req. Ct. Call and Interrogate.

3. On, 15, February, 2005, he availed Mr. McCann, letter of complaint on being denied photocopies. See: EXHIBIT-A, attached hereto.

4. On, 17, February, 2005, Mr. McCann, came to his prison cell, look at his legal paperwork relevant to this civil matter, and did assert that since this civil matter is not pending photocopies, requested in the amount of, 445, were denied, and therefore, there is no need for access to inmate law library.

5. Plaintiff, is more than willing to be called and interrogated by this court, to resolve his differences with Department of Correction and denial of law library access.

6. He apologizes for his previous petition being sent to this Honorable Court on toilet tissue. He was given these three pieces of paper for this petition only so that the Department of Correction, prison staff, here at MCI-Shirley, medium. Can then assert that they are not denying plaintiff access to paper, to correspond with this Court.

Wherefore, he kindly prays that this Honorable Court accept this petition under pains and penalties of perjury, this, 17, day, February, 2005.

Respectfully submitted by the Plaintiff,

*[signature]*

Karl W. Schenker, Pro-Se
#W-83912
MCI-Shirley, medium
Harvard Road
P.O. Box 1218
Shirley, MA 01464

CERTIFICATE OF SERVICE
I, Karl W. Schenker, hereby certify on oath, this petition is true and correct to best of my knowledge and belief, and has been served on this Court, by regular first class postage, under pains and penalties of perjury, this, 17, day, February, 2005.

*[signature]*
Karl W. Schenker, Pro-Se

TO: Mr. Gregg McCann, Director of Treatment, MCI-Shirley, medium
FR: Karl W. Schenker, #W-58912, SMU-1, #4          15, February, 2005.

Dear Mr. McCann,

Your attention is kindly requested, in regards to availability of blank paper for photocopy, and typing needs, etc., herein SMU upon which, only (1) ream of typing paper is made available for 60, inmates, in SMU, once each month.

Respectfully, after speaking with Sgt. Parent, herein SMU on this subject, "blank paper availability". He cannot meet the photocopy amount I need, without depriving other inmates. Sgt. Parent's argument is sound; (i.e., his hands are tied).

Respectfully, I need a total of, 410, pieces of blank paper. This amount is exhorbanaunt, none-the-less, is needed for legitimate photo copy needs, in the legal matter, of: Schenker v. Merra, et. al., Civil No. 3:04-CV-30243-KPN, U.S. District Court For western Section of Massachusetts, Honorable Magistrate Judge Kenneth P. Neiman, presiding. If you would like to see my legal work that needs to be photocopied. I will be more than happy to show it to you upon request.

I, understand Sgt. Parent's, predictment, and it is not his fault, that he only receives (1) ream of 500 sheets, blank paper each month, for 60, inmates.

Mr. McCann, now if you suggest I purchase typing paper. This is not possible since I am on loss of canteen privilege, till, July, 2005.

Will you kindly avail Sgt. Parent, in SMU with one additional ream of blank paper herein SMU, each month. So that when the need arises, Sgt. Parent, will be able to supply sufficient paper for legitimate typing and photocopy needs of, 60, inmates.

Now for the sake of argument, if only one of 60 inmates, herein SMU, was submitting, 40, page criminal or civil brief to Massachusetts Appellate Court. He would need, 21, copies (x) 40, pages, for a total of 840, photocopies total. That could not be accomadated, as result of (1) ream, typing paper, available to 60, inmates. The failure as such to provide photocopies, could be met in legal quandry. That the D.O.C., does not grant proper legal access.

Mr. McCann, I believe you are an intelligient person, and not a dolt.

Respectfully, to finish my preliminary photocopy needs; I need and request that I be provided, 410, pieces of paper.

I look forward to your response hereto.

Thank you for your time and attention in this very important matter.

Yours very respectfully,
Karl W. Schenker