IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No. 3:04-CV-30243-KPN

Karl W. Schenker,
Plaintiff,
v.
Paula Merra, et. al.
Defendants.

DEMAND FOR TRIAL BY JURY.

Now comes Karl W. Schenker, in above-captioned civil matter pursuant, Fed. R. Civ. P. Rule 38(a)(b), kindly demands trial by jury against defendant(s) Paula Merra, and Michael Carney, on all issues so triable.

Wherefore, he kindly prays this Honorable Court accept this motion under pains and penalties of perjury, this, 18. day, February, 2005.

Respectfully submitted by the Plaintiff,

_Karl W. Schenker_
Karl W. Schenker, Pro-Se
# W-83912
MCI-Shirley, Medium
Harvard Road
P.O. Box 1218
Shirley, MA 01464

CERTIFICATE OF SERVICE

I, Karl W. Schenker, hereby certify on oath, this motion to be true and correct to best of my knowledge and belief, and has been served on this Honorable Court by Regular First Class Postage, under pains and penalties of perjury, this, 18. day, February, 2005.

_Karl W. Schenker_
Karl W. Schenker, Pro-Se