**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Karl W. Schenker | CA04-30243-(KPN) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Michael Carney | S/C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mr. Michael Carney, Detective / Gay-Liason

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Springfield Police Dept., 130 Pearl St., Spfld. MA 01104

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Karl W. Schenker, Pro-Se, #W83912
Mass. Corr. Inst. at Shirley, Medium
Harvard Road, P.O. Box 1218
Shirley, Mass. 01464

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Go in front door, proceed to information window, ask police officer on duty for, officer/Detective Michael Carney.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

Karl W. Schenker, Pro-Se

DATE: Dec. 2004

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 30 | District to Serve No. 30 | Signature of Authorized USMS Deputy or Clerk | Date 12/22/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 3-2-05 | 1:00 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | — | — | — | | |

REMARKS: Served Office of the Chief

---

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | Karl W. Schenker |
| COURT CASE NUMBER | CA04-30243-KPN |
| DEFENDANT | Paula Merra |
| TYPE OF PROCESS | S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Ms. Paula Merra, chief of Police, Springfield Police Department

**AT** ADDRESS: 130 Pearl Street, Springfield, MA 01104

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Karl W Schenker, Pro-Se, #W-83912
M.C.I.-Shirley, med.
Harvard Rd., Box 1218
Shirley, MA 01464

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 2
- Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Go to front desk, ask police officer on duty for Chief Paula Merra.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
DATE: Dec 1, 2004

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
- Total Process: 1
- District of Origin No.: 38
- District to Serve No.: 38
- Signature of Authorized USMS Deputy or Clerk
- Date: 12/22/04

I hereby certify and return that I ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

Date of Service: 3/2/05   Time: 1:00 pm

REMARKS: Served Office of the Clerk