IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No. 3:04-cv-30243-KPN

Karl W. Schenker,
Plaintiff,
     v.
Michael Carney,
Defendant.

PLAINTIFF'S REQUEST FOR
DEFAULT AGAINST DEFENDANT
MICHAEL CARNEY. (FRCP55a).

Now comes Karl W. Schenker, in above-captioned civil matter pursuant, Fed. R. Civ. P. Rule 55(a), kindly requests this Honorable Court enter default against defendant Michael Carney, for his failure to make affirmative response or otherwise defend against plaintiff's civil complaint with in the specified time limit of twenty days which has now expired based on the following.

1. On, 1, day, December, 2004, he filed this Civil Actioned matter with this Court against Defendant Michael Carney.

2. On, 22, day, December, 2004, this same Court issued United States Marshal, with copy of original summons and complaint.

3. On, 2, day, March, 2005, United States Marshal, served Defendant Michael Carney, with copy of original summons, and civil

01.

Plntf. Req. Dflt. Def. Carney.

complaint, at his respective address, Springfield Police Department, 130 Pearl Street, Springfield, MA 01104.

04. On, 23, day, March, 2005, the twenty days upon which defendant Michael Carney, has had to make affirmative response or otherwise defend against plaintiff's civil complaint under, Fed. R. Civ. P. Rule 12, has now expired.

Wherefore, he kindly prays this Honorable Court accept this petition under pains and penalties of perjury, this, 23, day of March, 2005.

Respectfully submitted by the Plaintiff,

*Karl W. Schenker*, Pro-Se
#W-83912
MCI-Shirley, Medium
Harvard Road
P.O. Box 1218
Shirley, MA 01464

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No. 3:04-cv-30243-KPN.

Karl W. Schenker,
Plaintiff,
        v.
Michael Carney,
Defendant.

AFFIDAVIT IN SUPPORT.

1. I, Karl W. Schenker, am Affiant herein do affirm to be true and correct.

2. Presently I am in lawful care and custody of Massachusetts Correctional Institution at Shirley, Medium, Harvard Road, P.O. BOX 1218, Shirley, MA 01464.

3. The Defendant Michael Carney, is state actor, as Detective, Gay/Liason, at Springfield Police Department, 130 Pearl Street, Springfield, MA 01104.

4. On, 1, Day, December, 2004, I filed this Civil Action with this Court against Defendant Michael Carney.

5. On, 22, day, December, 2004, this same Court issued U.S. Marshal, with copy of original summons and my civil complaint.

6. On, 2, day, March, 2005, U.S. Marshal, hand delivered copy of orginal summons and complaint upon defendant Michael Carney, at Springfield Police Department, 130 Pearl Street, Springfield, MA 01104.

01.

Plntf. Aff. in Sup. "Carney".

7. On, 23, day, March, 2005, the twenty days upon which defendant Michael Carney, had to make affirmative response or otherwise defendant under, Fed. R. Civ. P. Rule 12, against affiant's civil complaint has now expired.

8. The affiant asserts this affidavit is made in support of his request for default against defendant Michael Carney, under, Fed. R. Civ. P. Rule 55(a).

9. The Defendant Michael Carney, is NOT, an infant person, incompetent, in military service, or penal institution.

Made and signed under pains and penalties of perjury, this, 23, day, March, 2005.

Respectfully submitted by the Affiant,

Karl W. Schenker, Pro-Se
#W-83912
MCI-Shirley, Medium
Harvard Road
P.O. Box 1218
Shirley, MA 01464

02.

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No. 3:04-CV-30243-KPN.

Karl W. Schenker,
Plaintiff,
  v.
Michael Carney,
Defendant.

CERTIFICATE OF SERVICE.

I, Karl W. Schenker, hereby cerity on oath, my attached Request and Affidavit in support for default against defendant Michael Carney, is true and correct, to the best of my knowledge and belief and has been served on below cited by regular First class U.S. postage under pains and penalties of perjury, this, 23. day, march, 2005.

1. Ms. Bethaney Healy, Court Room Clerk,
   United States District Court for For western Section of Massachusetts, Federal Building and Court House, 1550 Main Street, Springfield, MA 01103.

2. Defendant, Mr. Michael Carney, Detective, Gay-Liason, Springfield Police Department, 130 Pearl Street, Springfield, MA 01104.

Respectfully submitted by the Plaintiff,

Karl W. Schenker, Pro-Se
#W-83912
MCI-Shirley, medium
Harvard Road
P.O. BOX 1218
Shirley, MA 01464