IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil No. 3:04-CV-30243-KPN.

| Karl W. Schenker, Plaintiff, V. Paula Merra, et. al., Defendants. | PLAINTIFF'S PETITION REQUESTS THIS COURT CALL AND INTERROGATE; AND COMPEL, D.O.C. STAFF PROVIDE PHOTOCOPIES. |

Now comes Karl W. Schenker, in above-captioned civil matter pursuant, Fed. R. Evid. Rule 614 (a)(b), requests this Court call and Interrogate, and compel, below designated Department of Correction, "DOC", administrative staff at Massachusetts Correctional Institution at Shirley, Medium, Harvard Road, P.O. Box 1218, Shirley, MA 01464, inquire why plaintiff is not being availed photocopies relevant and necessary to this civil action, in matter(s) of specific instances of conduct, character, habit, routine, practice pursuant, Fed. R. Evid. Rule 301, 405 (a)(b).

Person(s) to be Called and Interrogated

i. Mr. Michael A. Thompson, Superintendent.
ii. Ms. Carol Mici, Deputy Superintendent.
iii. Mr. Gregg McCann, Director of Treatment.
iv. Mr. Dan Morse, Librarian.

01.

Plntf. Pet. Req. Ct. Call. Interrogate. Cmpl.

As grounds in support hereof he affirms.

1. on, 21, day, march, 2005, he requested to use the inmate law library, and to be provided with, 121, pieces of blank paper for photo copies.

2. On, 25 day, march, 2005, he was allowed to use inmate law library, and was only given, 30, pieces blank paper. As result, per-directive Librarian Dan Morse, policy to only supply special management unit, "smu", prisoner(s) with one (1) ream of 500 pieces of blank paper, once each month, for use by sixty inmates. Therefore, plaintiff was only given, 30, pieces blank paper on grounds that if he was to recieve any more paper would deprive, fifty nine other prisoner(s) in smu, opportunity to use blank paper for their legal issues.

3. He kindly requests this Court Compel above-cited MCI-Shirley. medium. Administrative staff provide plaintiff with, 121, pieces blank paper so he may obtain photocopies of _Reply Brief and opposition to Defense Response Petition(s) Depositions of written Questions / Interrogatories / Production of Documents / Request Ct. make discovery_

4. Only after, he avails handwritten copy of petition(s) like this to administrative staff is he then provided photocopies of what he originally requested in quantity. In other words, proverbial cite "pulling tooth and nail," is what plaintiff needs to go through each time he needs photocopies.

02.

Pintf. Pet. Req. ct. Call. Interrogate. Cmpl.

He kindly requests this Court call and Interrogate above-cited administrative staff, (cited on page no. 1. of this petition), on following issues.

i. Why is only one ream, 500. pieces blank paper made available to sixty prisoners, once each month in SMU.

ii. Why is it that he must write petitions like this, then haggle with prison staff, just to get photocopies.

iii. Why is it, as result of administrative mandate, and as such same class, when petition like this does arise place fault on correctional staff "pass the buck", assigned to SMU.

Wherefore, he kindly prays this Honorable Court accept this petition under pains and penalties of perjury, this, 28, day, March, 2005.

Respectfully submitted by the Plaintiff,

_____
Karl W. Schenker, Pro-Se, #W-83912
MCI-Shirley, Medium
Harvard Road
P.O. Box 1218
Shirley, MA 01464

### CERTIFICATE OF SERVICE

I, Karl W. Schenker, hereby certify on oath, this petition to be true and correct to best of my knowledge and belief and has been served on this Court by regular First Class U.S. Postage under pains and penalties of perjury, this, 28, day, March, 2005.

_____
Karl W. Schenker, Pro-Se

03.