# United States District Court
## District of Massachusetts

KARL W. SCHENKER,
    PLAINTIFF,

v.

PAULA MEARA and MICHAEL CARNEY,
    DEFENDANTS.

CIVIL ACTION NO. 04-30243-KPN

### APPEARANCE ON BEHALF OF DEFENDANTS
### PAULA MEARA and MICHAEL CARNEY

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants PAULA MEARA and MICHAEL CARNEY.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the within Document was this day served upon Plaintiff by mailing same, first class postage prepaid to:
Karl W. Schenker
#W-82912
Massachusetts Correctional Institution at Shirley, Medium
Harvard Road
P.B. Box 1218
Shirley, MA 01464
SIGNED under the pains and penalties of perjury. Dated: March 31, 2005
Edward M. Pikula, Esquire
*Attorney for Defendants*

Respectfully submitted,

Defendants
By Their Attorney

Edward M. Pikula
Associate City Solicitor
BBO #399770
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:    (413) 787-6085
Telefax:    (413) 787-6173