Karl W. Schenker, #W-83912, Pro-Se
Massachusetts Correctional Institution at Shirley, medium
Harvard Road, P.O. Box 1218,    Shirley, MA 01464
1, April, 2005.

Mr. Charles Ryan,
Mayor,
Springfield City Hall
36 Court Square
Springfield, MA 01101

RE: Schenker v. Merra, et.al.    Civil No. 3:04-CV-30243-KPN

Dear Mr. Mayor-Ryan,

Respectfully your attentive assistance is kindly requested. Concerning the above entitled civil matter, in U.S. Dist. Ct. W. Sect. Mass.. Between myself and the Springfield Police Department, - 1. Chief Paula Merra, 2. Detective Michael Carney, alleging libel, pursuant, 42 U.S.C. §§1983.

Considerable time has elapsed, since service of summons and civil complaint, by U.S. Marshal: 2, March, 2005. On, 23, March, 2005, I filed request for default against defendant Michael Carney, Paula Merra.

I would like to know if, City of Springfield is representing defendants?

I am willing to accommodate mediation to resolve this matter; without need for pro-longed litigation and exspense thereof.

Perhaps this matter has been simply over looked by Ms. Merra, and Mr. Carney.

Will you kindly make affirmative written response hereto, within, 15, days from above-date of mailing hereof.

I look forward to your response, and if I can answer any of your questions please do not hesitate to contact me.

Thank you for your time and attention in this very important matter.

Yours very respectfully,

K.W. Schenker