Karl W. Schenker, Pro-Se, W-83912
Old Colony Correctional Center, "OCCC"
1 Admistration Road, Bridgewater, MA 02324

Date: 2, day, April, 2005.

MS. Bethaney Healy,
Court Room Clerk
United States District Court for
Western Section of Massachusetts
Federal Building and Court House
1550 Main Street
Springfield, MA 01103

RE: Schenker V. Merra, et. al., Civil No. 3:04-cv-30243-KPN

Dear MS. Healy,

Respectfully my address has changed in the above entitled civil matter. Will you kindly note these changes:

FROM: Karl W. Schenker, W-83912, Pro-Se
Massachusetts Correctional Institution at Shirley, Medium
Harvard Road, P.O. Box 1218
Shirley, MA 01464

TO: Karl W. Schenker, Pro-Se, W-83912
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

Will you kindly notify this Honorable Court of these changes in address.

Thank you for your time and attention in this very important matter.

Yours very respectfully,