FILED

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

U.S. DISTRICT COURT

Civil Action No. 3:04-cv-30243-KPN

| Karl W. Schenker,
| Plaintiff,
| v
| Paula Merra, et. al.,
| Defendants.

PETITION TO COMPEL
DEPT. OF CORR. PROVIDE
PLAINTIFF PHOTOCOPIES.

Now comes Karl W. Schenker, in above-captioned civil matter kindly requests this Honorable Court compel Acting Supt. Bernard F. Brady, at Old Colony Correctional Center, "O.C.C.C.", One Administration Road, Bridgewater, MA 02324, provide plaintiff access to, law library, manilla envelopes, photo copies, based on following grounds.

01.  He is housed in, inmate segregation unit at OCCC, where he is allowed to use inmate law library one hour each week.

02.  Per-directive, Supt. Brady, and Librarian Anne Cowell, at O.C.C.C., will only provide him photocopies if he submits his legal work on a Friday, then will be able to pick it up on Wednesday of following week.

01.

03. Since he is housed in segregation unit, locked in a cell 23 hours each day when he needs photocopies of any kind he must leave his legal paperwork unattended, Prison staff asserts if his legal paperwork is lost or misplaced for any reason it is not there fault.

04. He submitted his reply brief to be photo copied under these conditions, and was informed two days later, that it was tossed in rubbish by mistake.

05. He is now concerned with out assistance from this court when he submits legal paperwork to be photocopied and is left unattended it will be intentionaly under guise of "mistake" will be tossed in rubbish again.

06. He is only allowed to go to inmate law library after, 8:30 pm at night, when there is no Librarian present. Thus he cannot then have access to mannila envelopes, pen for legal purpose.

07. He kindly requests this Honorable Court allow him an exstention in attached petition. So he can type out a new reply brief, and with this Court's intervention have it photocopied on same day. So that it not mistakenly tossed in rubbish again.

Wherefore, he kindly prays this Honorable Court accept this petition under pains and penalties of perjury, this, 17, day, April, 2005.

Respectfully submitted by Plaintiff,

*[signature]*

Karl W. Schenker, Pro Se
#W-83912
O.C.C.C.
One Administration Road
Bridgewater, MA 02324

## CERTIFICATE OF SERVICE

I, Karl W. Schenker, hereby certify on oath, this petition to be true and correct to best of my knowledge and belief, and has been served on this Court by regular First Class U.S. Postage, under pains and penalties perjury, 17, April, 2005.

*[signature]*

Karl W. Schenker, Pro Se