FILED

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No. 3:04-302-43-KPn.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
* Karl W. Schenker,           *
* Plaintiff,                  *
*           Vs.               *
* Paula Merra, et,al.,        * PLAINTIFF'S REQUEST FOR
* Defendants.                 * ENLARGEMENT OF TIME.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now comes Karl W. Schenker, in above-captioned civil matter pursuant, FED.R.CIV.P. Rule 6(b), kindly requests this Court allow him an enlargement of 45 days time to make response to defenses response to his Ciovil action complaint, based on the following grounds.

1. He only retains 1 hour each week of access to an inmate law linbrary at the penal instutition he is currently confined at.

Wherefore, he kindly prays that this HOnorable Court accept this request under the pains and penalties of perjury, this, 17, day, April, 2005.

REspectfully submitted by the Plaintiff

Karl W. Schenker, Pro-SE
W-83912
O.C.C.C.
One Administration Road
Bridgewater, MA 02324