IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

CIVIL ACTION No. 3:04-cv-30243-KPN.

```
****************************
* Karl W. Schenker,        *
* Plaintiff,               *
*          V.              *          CLERK'S NOTICE.
* Paula Merra, et. al.,    *
* Defendants.              *
****************************
```

TO: COURT ROOM CLERK,
      U.S. DIST. CT. W.
      SECT. MASS.


Dear MS. Healy,

    Will you kindly please schedule, 9:00am, on, 3 day of, June _____,
200 5, for hearing in matter of plaintiff's opposition of oral argument
to his reply brief  to defense response to his civil action complaint.



                              Respectfully submitted by the
                              Plaintiff,

DATE: 23 ,day, April      , 200 5.        _____
                                          Karl W. Schenker, Pro-Se
                                          W-83912
                                          OCC C
                                          1 Administration Road
                                          Bridgewater, mA 02324