IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No, 3:04-cv-30243-KPN.

```
****************************
* Karl W. Schenker,         *
* Plaintiff,                *
*           V.              *   PETITION FOR WRIT OF
* Paula Merra, et. al.,     *   HABEAS CORPUS.
* Defendants.               *
****************************
```

Now comes Karl W. Schenker, in above-captioned civil matter pursuant, 28 USC Section 2254, kindly requests this Honorable Court issue WRIT OF HABEAS CORPUS, directing, Superintendent, Brady            , or those serving in his capacity at old Colony Correctional Center            , located at  1 Administration Road, Bridgewater, MA 02324 to deliver the prisoner named Karl W. Schenker, number: W-83912, to physically appear in this Honorable Court at approximately, 9:00am, on 3 , day, June            , 200 5, for hearing in matter of plaintiff's opposition and reply brief to defense counsel response to plaintiff's civil action complaint, based on the following.


1. He is acting as plaintiff Pro-Se legal counsel therefore his testimony is relevant and necessary to argue with defense counsel.


Wherefore he kindly prays this Court accept this petition under the pains and penalties of perjury, this, 23, day, April            , 200 5.


Respectfully submitted by the Plaintiff,

_____
Karl W. Schenker, Pro-Se
W-83912
O.C.C.C.
1 Administration Rd.
Bridgewater, MA 02324