IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No. 3:04-CV-30243-KPN

Karl W. Schenker,
Plaintiff

v.

Paula Merra, et. al.,
Defendants.

PETITION TO PROCEED
IN FORMA PAUPERIS.

Now comes Karl W. Schenker, in above captioned civil matter pursuant, 28 USC § 1915, requests this Honorable Court waive filing fee for his petition for writ of habeas corpus, based on following grounds.

1. He is presently in lawful care and custody of, Old Colony Correctional Center, One Administration Road, Bridgewater MA 02324.

2. He does not retain prison employment or stipend.

3. In the past twelve months he has not recieved monetary funds from, business, profession, self employment, rent payments, interests, dividends, pensions, annuities, life insurance, disability, worker compensation benefits.

4. In the past twelve months he has recieved monetary gift, of, $10.00, from his father William Schenker, 413-536-4646, 47 Pine Street, South Hadley, MA 01075. He uses to purchase soap, tooth paste, tooth brush, deoderant, razors, for personal hygiene.

01.

Plntf. Pet. Ct. I.F.P.

5. He asserts he has no checking, saving's account, stocks, bonds, annuities, real estate, or securities of any kind.

Wherefore he kindly prays this Honorable Court accept this petition under pains and penalties of perjury, this, 19, day, April, 2005.

Respectfully submitted by the Plaintiff,

*[signature]*
Karl W. Schenker, Pro-se, #W-83912
O.C.C.C.
One Administration Road
Bridgewater, MA 02324

---

CERTIFICATE OF INMATE ACCOUNT

I, Ms. Evelyn Smith, am institutional treasurer, pursuant, Mass. Gen. Law Chap. 125 Sec. 6, at Old Colony Correctional Center, "OCCC", do affirm on oath, prisoner, Karl W. Schenker, #W-83912, does have following account balances of record under pains and penalties of perjury, this, 20, day, April, 2005.
  1. Personal Account $ 2.95
  2. Saving's Account $ 0

*[signature]*
Ms. Evelyn Smith, Treasurer
Old Colony Correctional Center
One Administration Road
Bridgewater, MA 02324

02.