UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30243-MAP

| | |
|---|---|
| KARL W. SCHENKER<br>Plaintiff<br><br>v.<br><br>PAULA MEARA and<br>MICHAEL CARNEY<br>Defendants | MOTION OF<br>DEFENDANTS<br>PAULA MEARA and<br>MICHAEL CARNEY<br>TO DISMISS |

Now come the Defendants **PAULA MEARA and MICHAEL CARNEY** and moves this honorable court to Dismiss the Complaint filed by plaintiff.

As grounds therefore, Defendants state that the complaint fails to state a claim upon which relief can be granted, reserving all other defenses.

In support, Defendants rely on the Memorandum of Law filed herewith.

WHEREFORE, Defendants respectfully request that the relief sought be denied and the Complaint be dismissed.

**CERTIFICATE OF SERVICE**
Karl W. Schenker
#W-83912
OCCC
1 Administration Road
Bridgewater, MA 02324

I, Edward M. Pikula, hereby certify that I caused a copy of the foregoing document to be delivered to the above named, this 2nd day of May, 2005.

Edward M. Pikula, Esq.

THE DEFENDANTS
PAULA MEARA and
MICHAEL CARNEY

By, _____
Edward M. Pikula, Esq.
Associate City Solicitor
BBO# 399770
Law Department
36 Court Street
Springfield, MA 01103
(413) 787-6085
Fax: (413) 787-6173

47237