UNITED STATES DISTRICT COURT
District of Massachusetts

| | | |
|---|---|---|
| KARL W. SCHENKER, | ) | JUDGMENT IN A CIVIL CASE |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-30243-KPN |
| | ) | |
| PAULA MEARA, et al., | ) | |
| Defendants | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered for Defendants Paula Meara and Michael Carney, in accord with the court's Memorandum and Order with regard to Defendants' Motion to Dismiss (Doc. No. 36).

June 7, 2005                                                    Sarah A. Thornton
Date                                                                  Clerk

                                                              By:   /s/ Bethaney A. Healy
                                                                      Deputy Clerk