IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil Action No. 3:04-cv-30243-KPN

| Karl W. Schenker, Plaintiff, v. Mark Garappolo, Defendant. | PETITION OF PLAINTIFF TO DISMISS. |

Now comes Karl W. Schenker, in above-captioned civil action pursuant, Fed. R. Civ. P. Rule 41(a), petitions this Honorable Court dismiss this civil action against defendant Mark Garappolo, based on following grounds.

01. Defendant Garappolo, has not yet been served with formal summons.

02. Plaintiff feels he is fighting an up hill battle, that he does not retain ample financial stability, or knowledge thereof to continue with this matter any further.

03. He only retains one hour inmate law library each week from penal institution he is currently in lawful care and custody thereof.

Wherefore he kindly prays this Honorable Court accept this petition under pains and penalties of perjury, this, 9, day, June, 2005.

Respectfully submitted by the plaintiff,

Karl W. Schenker, Pro-Se
#W-63912
O.C.C.C.
One Administration Road
Bridgewater, MA 02324

CERTIFICATE OF SERVICE
I, Karl W. Schenker, hereby certify this petition to be true & correct to best of my knowledge and belief, and has been filed with this court by regular First class Postage under pains and penalties of perjury, This, 9, day, June, 2005.

Karl W. Schenker, Pro-Se