IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN SECTION OF MASSACHUSETTS

Civil No. 3:04-cv-30243-KPN

Karl W. Schenker,
Plaintiff,

v.

Paula Merra, et. al.,
Michael Carney,

v.

Mark Garappolo,
Defendants.

AFFIDAVIT IN SUPPORT OF
KARL W. SCHENKER.

01. I, Karl W. Schenker, am Affiant herein do affirm to be true and correct.

02. On, 7, day, June, 2005, I made request for photocopies to Librarian Ann Cowell, in anticipation of having to file with this court "petition of plaintiff requests court order service of summons and complaint upon defendant Garappolo"

03. On original cover letter addressed to defense counsel Pikula, ESQ., was marred with blood on it, see attached hereto.

04. I have made verbal as well as written complaint to administrative staff, for it only to fall on deaf ears.

Made and signed under pains and penalties of perjury, this, 8, day, June, 2005.

Respectfully submitted by the Affiant.

Karl W. Schenker, Pro-Se
#W-83912
O.C.C.C.
One Administration Road
Bridgewater, MA 02324

Karl W. Schenker, Pro Se, #W-83912
Old Colony Correctional Center
One Administration Road, Bridgewater, MA 02324

20, June, 2005.

Mr. Edward M. Pikula, ESQ.
Associate City Solicitor
BBO# 399770
City of Springfield Law Department
36 Court Street
Springfield, MA 01103
413-787-6085

RE: Schenker v. Gurappolo.   Civil No. 3:04-cv-30243-KPN

Dear Mr. Pikula, ESQ.,

Enclosed please find cited below having been filed in above-civil action with United States District Court for Western Section of Massachusetts

1. Cover letter to Court Room Clerk.
2. Cover letter to Defendant Gurappolo.
3. Cover letter to Defense Counsel Pikula, ESQ.
4. Petition of Plaintiff requests court order formal service of summons and complaint upon defendant Gurappolo.
5. Affidavit in support.

Please feel free to contact me with any questions and/or concerns you may have.

Thank you for your time and attention in this very important matter.

Yours very respectfully,

Returned, from
Old Colony Corr. Ctr.
Law Library with
blood stain on it

6-7-05